IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEVON MARCEL ELLIOTT, </br></br> Plaintiff, </br></br> vs. </br></br> BRETT RICKENBERG, </br> GAVIN HARTLEY, </br> ZACH SWIFT, </br> CPL STRATON, </br> JOHN DOE, </br> and JANE DOE, </br></br> Defendants. | Case No. 21-cv-01429-SMY |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Jevon Marcel Elliott filed this action pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346, 2671-80, asserting claims against individual officers of the Murphysboro Police Department and Jackson County Jail for violations of his rights during his arrest and detention. (Doc. 1). The Complaint did not survive screening under 28 U.S.C. § 1915A, and it was dismissed without prejudice on February 13, 2023. (Doc. 12).

Plaintiff was granted leave to file a First Amended Complaint no later than March 13, 2023, and was warned that failure to amend the complaint in compliance with the Court's Order would result in dismissal of this action. (Doc. 12) (citing FED. R. CIV. P. 41(b)). Three weeks have now passed since the deadline expired and Plaintiff did not file a First Amended Complaint or request an extension of time to do so.

The Court will not allow this matter to linger indefinitely. Accordingly, this case will be dismissed for failure to comply with the Court's order to file a First Amended Complaint and/or

2

prosecute his claims.  *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

## Disposition

For the foregoing reasons, this case is **DISMISSED** with prejudice.  This dismissal counts as a "strike."  28 U.S.C. § 1915(g).  The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

DATED:  April 10, 2023

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**